## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:18-cv-00987

WILDERNESS WORKSHOP,
CENTER FOR BIOLOGICAL DIVERSITY,
LIVING RIVERS: COLORADO RIVERKEEPER,
SIERRA CLUB

    Plaintiffs,

v.

U.S. BUR. OF LAND MGMT; BRIAN STEED in his official capacity
as the Deputy Director of the U.S. BLM; RYAN ZINKE in his capacity
as Secretary of the U.S. DOI; U.S. DEPT. OF THE INTERIOR

    Federal Defendants.

and
AMERICAN PETROLEUM INSTITUTE

    Intervenor Defendant

---

**CONSENT MOTION TO AMEND JOINT CASE MANAGEMENT PLAN**

---

    Federal Defendants U.S. Bureau of Land Management, United States Department of Interior, and in their official capacities, Brian Steed and Ryan Zinke ("Federal Defendants"), hereby move to amend the parties' Joint Case Management Plan as follows:

    Federal Defendants served a copy of the draft Administrative Record in this case on Plaintiffs and Intervenor Defendants on September 10, 2018.  On October 10, 2018 counsel for Plaintiffs notified Federal Defendants of documents and other attachments submitted with their comment letters that were omitted from the draft Administrative Record.  After a thorough

review of Plaintiffs' request and after issuing an initial response, Federal Defendants located several hundred documents and attachments that Plaintiffs submitted with their comment letters. Federal Defendants will need additional time to add and index these documents to the final Administrative Record. To accommodate Federal Defendants need for an extension to lodge the final Administrative Record the parties have decided to adjust the joint case management plan accordingly:

1) **Deadline for Filing the Final Administrative Record:**

    Federal Defendants will lodge a final version of the Administrative Record on or before **December 7th, 2018**. In the event the Parties are unable to reach agreement on the contents and completeness of the Administrative Record, Federal Defendants shall file the Administrative Record on December 7th, 2018, which may be amended subject to the resolution of a motion to complete and/or supplement, discussed *infra* 2.

2) **Deadline for Filing Motions to Complete and/or Supplement the Administrative Record:**

    The deadline for filing any motions to complete and/or supplement the Administrative Record will be **January 16th, 2018**. The Response and Reply deadlines for any such motions will be governed by D.C.COLO.L.Civ.R.7.1(C). The filing of a motion to supplement the Administrative Records will stay the merits briefing schedule set forth below until resolution of that motion, at which time the parties would propose a new merits briefing schedule.

3) **Plaintiffs' Opening Brief Due:**

    If no dispute or motions over the completeness of the Administrative Records are filed then Plaintiffs' Opening Brief shall be filed on or before **February 8th, 2019**.

4) **Federal Defendants' Response Brief Due:**

    If no dispute or motions over completeness of the Administrative Records are filed, then Federal Defendants' Response Brief shall be filed on or before **April 8th, 2019**.

5) **API (Defendant Intervenors)  Response Brief Due:**

>   If no dispute or motions over completeness of the Administrative Records are filed, then Defendant Intervenor's Response Brief shall be filed on or before **April 15th, 2019**.

6) **Plaintiffs' Reply Brief Due**:

>   If no dispute or motions over completeness of the Administrative Records are filed, then Plaintiff's Reply Brief shall be filed on or before on or before **April 29th, 2019**.

DATED this 8th day of November, 2018.

                              BY THE COURT

                              _____
                              U.S. District Court Judge

APPROVED:

| | |
|---|---|
| s/ Diana Dascalu-Joffe | s/ Tanya Nesbitt |
| Diana Dascalu-Joffe | Tanya Nesbitt |
| Center for Biological Diversity | U.S. Department of Justice |
| 1536 Wynkoop Street, Suite 421 | Environment & Natural Resources Div. |
| Denver, CO 80202 | 601 D Street N.W. |
| Tel: (720) 925-2521 | Washington, D.C. 20004 |
| Fax: (303) 572-0032 | Tel: (202) 305-0457 |
| ddascalujoffe@biologicaldiversity.org | tanya.nesbitt2@usdoj.gov |
| | |
| Wendy Park | *Attorney for Federal Defendants* |
| Center for Biological Diversity | |
| 1212 Broadway, # 800 | |
| Oakland, CA 94612 | s/ Steven J. Rosenbaum |
| Tel: (510) 844-7138 | Steven J. Rosenbaum |
| Fax: (510) 844-7150 | COVINGTON & BURLING, LLP |
| wpark@biologicaldiversity.org | One CityCenter |
| | 850 Tenth St., N.W. |

Kyle Tisdel
Western Environmental Law Center
208 Paseo del Pueblo Sur, Suite 602
Taos, New Mexico 87571
Tel: (575) 613-8050
tisdel@westernlaw.org

*Attorneys for Plaintiffs*

Washington, D.C. 20001
Tel: (202) 662-6000
Fax: (202) 662-6291
srosenbaum@cov.com

Richard C. Kaufman
Ryley Carlock & Applewhite
1700 Lincoln Street, Suite 3500
Denver, CO 80203
Tel: (303) 813-6745
Fax: (303) 595-3159
rkaufman@rcalaw.com

*Attorneys for Defendant Intervenor API*