## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:18-cv-00987-WYD

WILDERNESS WORKSHOP;
CENTER FOR BIOLOGICAL DIVERSITY;
LIVING RIVERS: COLORADO RIVERKEEPER; and
SIERRA CLUB,

      Plaintiffs,

 v.

UNITED STATES BUREAU OF LAND MANAGEMENT;
BRIAN STEED in his official capacity as the Deputy Director of the U.S. BLM;
RYAN ZINKE in his capacity as Secretary of the U.S. DOI; and
UNITED STATES DEPARTMENT OF THE INTERIOR,

      Federal Defendants.

And

AMERICAN PETROLEUM INSTITUTE,

      Intervenor Defendant.

---

### ORDER AMENDING JOINT CASE MANAGEMENT PLAN

---

THIS MATTER is before me on the Federal Defendants' U.S. Bureau of Land

Management, United States Department of the Interior, and in their official capacities,

Brian Steed and Ryan Zinke ("Federal Defendants") Motion to Amend the parties' Joint

Case Management Plan (ECF No. 19).  After carefully reviewing the file along with the

pending motion, I find that the motion is **GRANTED**, and the Joint Case Management

Plan is amended as follows:

1) **Deadline for Filing the Final Administrative Record:**

Federal Defendants will lodge a final version of the Administrative Record on or before **December 7, 2018**.  In the event the Parties are unable to reach  agreement on the contents and completeness of the Administrative Record,  Federal Defendants shall file the Administrative Record on December 7, 2018,  which may be amended subject to the resolution of a motion to complete and/or  supplement, discussed *infra* 2.

2) **Deadline for Filing Motions to Complete and/or Supplement the Administrative  Record:**

The deadline for filing any motions to complete and/or supplement the Administrative Record will be **January 16, 2019**.  The Response and Reply  deadlines for any such motions will be governed by D.C.COLO.L.Civ.R.7.1(C).  The filing of a motion to supplement the Administrative Records will stay the  merits briefing schedule set forth below until resolution of that motion, at which  time the parties would propose a new merits briefing schedule.

3) **Plaintiffs' Opening Brief Due:**

If no dispute or motions over the completeness of the Administrative Records are  filed, then Plaintiffs' Opening Brief shall be filed on or before **February 8,  2019**.

4) **Federal Defendants' Response Brief Due:**

If no dispute or motions over completeness of the Administrative Records are  filed, then Federal Defendants' Response Brief shall be filed on or before **April  8, 2019**.

5) **API (Defendant Intervenors)  Response Brief Due:**

If no dispute or motions over completeness of the Administrative Records are  filed, then Defendant Intervenor's Response Brief shall be filed on or before  **April 15, 2019**.

6) **Plaintiffs' Reply Brief Due**:

If no dispute or motions over completeness of the Administrative Records are  filed, then Plaintiff's Reply Brief shall be filed on or before on or before **April  29, 2019**.

DATED this <u>8th </u>day of November, 2018.


BY THE COURT


s/ Wiley Y. Daniel
WILEY Y. DANIEL
Senior U.S. District Court Judge

APPROVED:

s/ Diana Dascalu-Joffe

_____

Diana Dascalu-Joffe
Center for Biological Diversity
1536 Wynkoop Street, Suite 421
Div.
Denver, CO 80202
Tel: (720) 925-2521
Fax: (303) 572-0032
ddascalujoffe@biologicaldiversity.org

Wendy Park
Center for Biological Diversity
1212 Broadway, # 800
Oakland, CA 94612
Tel: (510) 844-7138
Fax: (510) 844-7150
wpark@biologicaldiversity.org

Kyle Tisdel
Western Environmental Law Center
208 Paseo del Pueblo Sur, Suite 602
Taos, New Mexico 87571

om  Tel: (575) 613-8050
tisdel@westernlaw.org

*Attorneys for Plaintiffs*

s/ Tanya Nesbitt

_____

Tanya Nesbitt
U.S. Department of Justice
Environment & Natural Resources

601 D Street N.W.
Washington, D.C. 20004
Tel: (202) 305-0457
tanya.nesbitt2@usdoj.gov

*Attorney for Federal Defendants*

s/ Steven J. Rosenbaum
Steven J. Rosenbaum
COVINGTON & BURLING, LLP
One City Center
850 Tenth St., N.W.
Washington, D.C. 20001
Tel: (202) 662-6000
Fax: (202) 662-6291

srosenbaum@cov.c

Richard C. Kaufman
Ryley Carlock & Applewhite
1700 Lincoln Street, Suite
3500  Denver, CO 80203
Tel: (303) 813-6745
Fax: (303) 595-3159
rkaufman@rcalaw.com

*Attorneys for Defendant Intervenor
API*