**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:18-cv-00987-WYD

WILDERNESS WORKSHOP;

CENTER FOR BIOLOGICAL DIVERSITY;

LIVING RIVERS: COLORADO RIVERKEEPER;

and SIERRA CLUB,

    Plaintiffs,

v.

UNITED STATES BUREAU OF LAND MANAGEMENT, an agency of the U. S. Department of Interior;

BRIAN STEED, in his official capacity as Deputy Director of the U.S. Bureau of Land Management;

U.S. DEPARTMENT OF THE INTERIOR; and

RYAN ZINKE, in his official capacity as U.S. Secretary of the Interior;

    Federal Defendants.

and

AMERICAN PETROLEUM INSTITUTE,

    Defendant-Intervenor

---

**ENTRY OF APPEARANCE**

---

To the clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Wilderness Workshop, Center for Biological Diversity, Living Rivers, Colorado Riverkeeper, and Sierra Club.

DATED at Taos, New Mexico this 30th day of November, 2018.

*/s/ Julia Guarino*
Julia Guarino
Western Environmental Law Center
208 Paseo del Pueblo Sur #602
Taos, NM 87571
(575) 224-6205
guarino@westernlaw.org

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of October, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which caused all counsel of record to be served electronically.

>   */s/ Julia Guarino*
>   Julia Guarino
>   Attorney for Plaintiffs