IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.  18-cv-00987-WYD

WILDERNESS WORKSHOP,
CENTER FOR BIOLOGICAL DIVERSITY,
LIVING ROVERS: COLORADO RIVERKEEPER, and
SIERRA CLUB,

      Plaintiffs,

v.

UNITED STATES BUREAU OF LAND MANAGEMENT, an agency of the U.S. Department of the Interior,
BRIAN STEED, in his official capacity as the Deputy Director of the U.S. Bureau of Land Management,
UNITED STATES DEPARTMENT OF THE INTERIOR, and
DAVID BERNHARDT, in his official capacity as Acting Secretary of the Interior,

      Federal Defendants,

and

AMERICAN PETROLEUM INSTITUTE,

      Defendant-Intervenor.
_____

**ORDER GRANTING STAY AND FOR ADMINISTRATIVE CLOSURE**
_____

THIS MATTER comes before the Court on the parties' Unopposed Motion to Stay Litigation Pending Settlement Discussions (ECF No. 28).  By way of background, on February 6, 2019, the Plaintiffs and Federal Defendants filed a Joint Motion to Stay Litigation Pending Settlement Discussions (ECF No. 26).  I denied the motion without prejudice and ordered the parties to meet and confer to attempt to resolve an issue surrounding APDs.  (ECF No. 27).  Based on the information in the pending motion, it

appears that the parties reached an acceptable agreement.

Upon my careful consideration of the file in this case, I find that the pending motion to stay so the parties can focus on settlement should be granted.  Thus, all deadlines in this case are vacated, and the case is stayed.  Additionally, since the length of the stay is uncertain, this case is administratively closed pursuant to D.C.COLO.LCivR 41.2 with leave to be reopened for good cause shown.

Accordingly, it is ORDERED that the Unopposed Motion to Stay Litigation Pending Settlement Discussions (ECF No. 28) is **GRANTED.**  It is

FURTHER ORDERED that since the length of the stay is uncertain, this case is administratively closed pursuant to D.C.COLO.LCivR 41.2 with leave to be reopened for good cause shown.  It is

FURTHER ORDERED that on or before **Monday, March 11, 2019,** the parties shall submit a status report advising the Court whether a continued stay is warranted or if litigation deadlines should be reinstated.  If resumption of the litigation is appropriate, the parties shall immediately submit a motion to reopen the case pursuant to D.C.COLO.LCivR 41.2 and an amended, proposed Joint Case Management Plan that includes new briefing deadlines.

Dated:  February 7, 2019

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge