IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.  18-cv-00987-WYD

WILDERNESS WORKSHOP,
CENTER FOR BIOLOGICAL DIVERSITY,
LIVING ROVERS: COLORADO RIVERKEEPER, and
SIERRA CLUB,

    Plaintiffs,

v.

UNITED STATES BUREAU OF LAND MANAGEMENT, an agency of the U.S. Department of the Interior,
BRIAN STEED, in his official capacity as the Deputy Director of the U.S. Bureau of Land Management,
UNITED STATES DEPARTMENT OF THE INTERIOR, and
DAVID BERNHARDT, in his official capacity as Acting Secretary of the Interior,

    Federal Defendants,

and

AMERICAN PETROLEUM INSTITUTE,

    Defendant-Intervenor.

_____

## MINUTE ORDER
_____

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    On March 11, 2019, the parties filed a Joint Status Report (ECF No. 30) indicating that while they have made progress toward a resolution of the claims at issue in this case, they need more time to negotiate.  Accordingly, the parties shall file a Joint Status Report with the Court not later than **April 30, 2019** advising the Court whether a continued stay is warranted or if litigation deadlines should be reinstated.

    Dated:  March 12, 2019