**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:18-cv-00987

WILDERNESS WORKSHOP, *et al.*,

    Petitioners,

v.

U.S. BUREAU OF LAND MGMT, *et al.*,

    Federal Respondents.

---

**JOINT STIPULATION OF DISMISSAL**

---

Petitioners Wilderness Workshop *et al*., and Federal Respondents United States Bureau of Land Management *et al*., by and through undersigned counsel, jointly request that the Court dismiss with prejudice the above-captioned case against Federal Respondents, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). In support of this stipulation, the Parties state and stipulate as follows:

WHEREAS, on April 26, 2018, Petitioners brought this action challenging BLM's approval of 53 oil and gas leases in Western Colorado (the "subject leases") through two Decision Records, which approved lease auctions on December 8, 2016 and December 7, 2017, and where Petitioners alleged violations of the National Environmental Policy Act ("NEPA");

WHEREAS, Federal Respondents deny any violation of law for the issuance of those leases;

WHEREAS, the subject leases were sold at lease auctions held on December 8, 2016 and December 7, 2017;

WHEREAS, the subject leases are located in areas managed pursuant to either the Colorado River Valley Field Office Resource Management Plan ("RMP") or the Grand Junction Field Office RMP;

WHEREAS, both the Colorado River Valley Field Office RMP and environmental impact statement ("EIS") and the Grand Junction Field Office RMP and EIS have been challenged in federal court;

WHEREAS, Federal Respondents are completing supplemental NEPA analysis for the Colorado River Valley Field Office RMP and EIS, pursuant to a settlement agreement reached in 16-cv-1822, before this Court;

WHEREAS, Federal Respondents have proposed to complete supplemental NEPA analysis for the Grand Junction Field Office RMP and EIS, in a pending motion for voluntary remand in 19-cv-2869, before this Court;

WHEREAS, the Parties believe it is in the best interest of the public, the Parties, and judicial economy to resolve the claims in this case, and have reached agreement as to those claims and related issues as embodied in a Settlement Agreement (attached as Exhibit 1), executed on the 4th of January, 2021;

THEREFORE, according to the terms of that Settlement Agreement, the parties hereby stipulate to voluntarily dismiss this action with prejudice. A proposed order dismissing the case is provided.

Respectfully submitted this 6th day of January, 2021.

|  |  |
|---|---|
| /s/ Kyle Tisdel<br>Kyle Tisdel<br>Western Environmental Law Center<br>208 Paseo del Pueblo Sur, Suite 602<br>Taos, New Mexico 87571<br>Tel: (575) 613-8050<br>tisdel@westernlaw.org<br><br>Diana Dascalu-Joffe<br>Center for Biological Diversity<br>1536 Wynkoop Street, Suite 421<br>Denver, CO 80202<br>Tel: (720) 925-2521<br>Fax: (303) 572-0032<br>ddascalujoffe@biologicaldiversity.org<br><br>Wendy Park<br>Center for Biological Diversity<br>1212 Broadway, # 800<br>Oakland, CA 94612<br>Tel: (510) 844-7138<br>Fax: (510) 844-7150<br>wpark@biologicaldiversity.org<br><br>*Attorneys for Petitioners* | PAUL E. SALAMANCA<br>Deputy Assistant Attorney General<br><br>/s/ Caitlin Cipicchio<br>Caitlin Cipicchio<br>United States Department of Justice<br>Environment & Natural Resources Division<br>Natural Resources Section<br>150 M St. NE<br>Washington, DC 2002<br>(202) 305-0503<br>Email: caitlin.cipicchio@usdoj.gov<br><br>*Attorneys for Federal Respondent* |